UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAMARIS GARCIA HERNANDEZ, on
Behalf of N.R.R., a minor,

    Plaintiff,

v.                                  Case No: 6:17-cv-1172-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Damaris Garcia Hernandez's appeal, on behalf of N.R.R., from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying the claim for social security disability benefits for N.R.R. (Doc. 1). On June 21, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report") recommending that the Commissioner's decision be affirmed (Doc. 18). After review of the Report and Recommendation and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

    **DONE and ORDERED** in Orlando, Florida, this ___31___ day of July, 2018.

                                                  **G. KENDALL SHARP**
                                                  SENIOR UNITED STATES DISTRICT JUDGE